STATE OF NEW JERSEY v. MARK A. SAVIDGE.

March 27, 1979. Petition for certification denied.

UMBERTO MUNIZ v. WILLIAM FAUVER.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD JOCKS.

March 27, 1979. Petition for certification denied.

CLAIRE FORMOSA v. THE EQUITABLE LIFE ASSURANCE
SOCIETY OF THE UNITED STATES.

March 27, 1979. Petition for certification denied. (See 166
N.J.Super. 8)

AMERICANA ASSOCIATES v. BORO. OF FORT LEE.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ELIJAH HAMM.

March 27, 1979. Petition for certification denied.